**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CREAL, THOMAS R   § Case No. 14-30006-PH
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 15, 2014.  The undersigned trustee was appointed on August 15, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         20,000.00

　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 786.00 |
| Bank service fees | 153.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 19,060.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/02/2015 and the deadline for filing governmental claims was 07/02/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2015  By: /s/EUGENE CRANE
                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-30006-PH  
**Case Name:** CREAL, THOMAS R  

**Trustee:** (330350)    EUGENE CRANE  
**Filed (f) or Converted (c):** 08/15/14 (f)  
**§341(a) Meeting Date:** 09/29/14  

**Period Ending:** 12/30/15  
**Claims Bar Date:** 07/02/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence 2928 Birch Rd Homewood, IL | 174,080.00 | 0.00 | | 0.00 | FA |
| 2  569 East Shore Drive, Whitmore Lake, Michigan    Trustee objected to exemptions | 140,000.00 | 35,000.00 | | 20,000.00 | FA |
| 3  2007 Ford Explorer automobile | 3,000.00 | 0.00 | | 0.00 | FA |
| 4  Cash | 100.00 | 100.00 | | 0.00 | FA |
| 5  Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6  Household Goods and Furnishings    Co-owned with wife | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7  Ownership interests in Hunter Group, Black Money | Unknown | 1.00 | | 0.00 | FA |
| 8  Possible claim for breach of contract | Unknown | Unknown | | 0.00 | FA |
| 9  Book entitled Money Magicians | 0.00 | 0.00 | | 0.00 | FA |
| 10  Three dogs | 0.00 | 0.00 | | 0.00 | FA |
| 10  **Assets    Totals** (Excluding unknown values) | **$327,180.00** | **$45,101.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/18 - MT to Settle Trustee's RTI on MI property approved; Trustee to receive $20,000 (dk)

03/31: Claim Bar Date req'td (dk)

03/20: Debtor made an offer for Trustee's RTI for assets of about $13,000; Ttee asked for more (dk)

03/17: Debtor has agreed to offer a settlement for Michigan real estate (dk)

01/22: Order entered re: 2004 Exam of Debtor and wife (dk)

01/09/2015: Creditor atty filed MT for 2004 Exam of Debtor and his wife; Hearing on 01/22 at 10am, J-Hollis

10/02: Filed Motion for Debtor to Appear at 341 meeting and extend time to object to discharge; hearing on 10/21 (dk)

09/30: Order entered denying exemptions (dk)

09/30: Order entered employing CHSW&C as attorneys to the Trustee (dk)

09/17/2014: Sent letters to Debtor requesting documents and to USTO possible fraudulent activity (dk)

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016        **Current Projected Date Of Final Report (TFR):**    December 31, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-30006-PH  
**Case Name:** CREAL, THOMAS R  

**Taxpayer ID #:** **-***7321  
**Period Ending:** 12/30/15

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/15 | {2} | Thomas and Diane Creal | Settlement for Trustee's RTI Michigan property | 1110-000 | 20,000.00 | | 20,000.00 |
| 06/30/15 | 101 | Clerk of U.S. Bankruptcy Court | Certification Fee | 2700-000 | | 11.00 | 19,989.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,979.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.69 | 19,949.31 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.73 | 19,921.58 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.56 | 19,891.02 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.60 | 19,862.42 |
| 11/16/15 | 102 | Illinois Department of Revenue | 2015 IL 1041-V taxes; FEIN #30-6487321 | 2820-000 | | 775.00 | 19,087.42 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.31 | 19,060.11 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 939.89 | **$19,060.11** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,000.00 | 939.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$939.89** | |

| | Net Receipts : | 20,000.00 |
|---|---|---|
| | Net Estate : | $20,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9166** | 20,000.00 | 939.89 | 19,060.11 |
| | $20,000.00 | $939.89 | $19,060.11 |

# Claims Proposed Distribution

## Case:  14-30006-PH   CREAL, THOMAS R

**Case Balance:** $19,060.11   **Total Proposed Payment:** $19,060.11   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 118.66 | 118.66 | 0.00 | 118.66 | 118.66 | 18,941.45 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 11,285.00 | 11,285.00 | 0.00 | 11,285.00 | 11,285.00 | 7,656.45 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch. 7 | 2,750.00 | 2,750.00 | 0.00 | 2,750.00 | 2,750.00 | 4,906.45 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | Popowcer Katten, Ltd. | Admin Ch. 7 | 900.00 | 900.00 | 0.00 | 900.00 | 900.00 | 4,006.45 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 6S | State of Minnesota Department | Priority | 8,391.25 | 8,391.25 | 0.00 | 8,391.25 | 4,006.45 | 0.00 |
| 1 | Avis Rent A Car | Unsecured | 4,530.59 | 4,530.59 | 0.00 | 4,530.59 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 462.41 | 462.41 | 0.00 | 462.41 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 1,243.36 | 1,243.36 | 0.00 | 1,243.36 | 0.00 | 0.00 |
| 4 | LeClairRyan a Professional Corporation | Unsecured | 10,312.00 | 10,312.00 | 0.00 | 10,312.00 | 0.00 | 0.00 |
| 5 | LVNV Funding, LLC its successors and assigns as | Unsecured | 26,933.80 | 26,933.80 | 0.00 | 26,933.80 | 0.00 | 0.00 |
| 6U | State of Minnesota Department | Unsecured | 3,060.53 | 3,060.53 | 0.00 | 3,060.53 | 0.00 | 0.00 |
| 7 | Netley Enterprises LLC | Unsecured | 132,067.45 | 132,067.45 | 0.00 | 132,067.45 | 0.00 | 0.00 |
| 8 | Nikolas Netley | Unsecured | 132,671.45 | 132,671.45 | 0.00 | 132,671.45 | 0.00 | 0.00 |
| 9 | Meagher & Geer PLLP | Unsecured | 29,469.17 | 29,469.17 | 0.00 | 29,469.17 | 0.00 | 0.00 |
| | **Total for Case 14-30006 :** | | **$364,195.67** | **$364,195.67** | **$0.00** | **$364,195.67** | **$19,060.11** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $15,053.66 | $15,053.66 | $0.00 | $15,053.66 | 100.000000% |
| **Total Priority Claims :** | $8,391.25 | $8,391.25 | $0.00 | $4,006.45 | 47.745568% |
| **Total Unsecured Claims :** | $340,750.76 | $340,750.76 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 14-30006-PH
Case Name: CREAL, THOMAS R
Trustee Name: EUGENE CRANE

**Balance on hand:**     $ 19,060.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 19,060.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 11,285.00 | 0.00 | 11,285.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 118.66 | 0.00 | 118.66 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 900.00 | 0.00 | 900.00 |

Total to be paid for chapter 7 administration expenses:     $ 15,053.66
Remaining balance:     $ 4,006.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00
Remaining balance:     $ 4,006.45

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,391.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6S | State of Minnesota Department | 8,391.25 | 0.00 | 4,006.45 |

|  | Total to be paid for priority claims: | $ | 4,006.45 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 311,281.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Avis Rent A Car | 4,530.59 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 462.41 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 1,243.36 | 0.00 | 0.00 |
| 4 | LeClairRyan a Professional Corporation | 10,312.00 | 0.00 | 0.00 |
| 5 | LVNV Funding, LLC its successors and assigns as | 26,933.80 | 0.00 | 0.00 |
| 6U | State of Minnesota Department | 3,060.53 | 0.00 | 0.00 |
| 7 | Netley Enterprises LLC | 132,067.45 | 0.00 | 0.00 |
| 8 | Nikolas Netley | 132,671.45 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 29,469.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | Meagher & Geer PLLP | 29,469.17 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**