**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   CREAL, THOMAS R       §    Case No. 14-30006-PH
                               §
                               §
Debtor(s)                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/10/2016 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/11/2016        By:   /s/Eugene Crane
                                     Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CREAL, THOMAS R § Case No. 14-30006-PH
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,000.00 |
| *and approved disbursements of* | $ 939.89 |
| *leaving a balance on hand of* [1] | $ 19,060.11 |
| **Balance on hand:** | $ 19,060.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,060.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 11,285.00 | 0.00 | 11,285.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 118.66 | 0.00 | 118.66 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 900.00 | 0.00 | 900.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,053.66 |
| Remaining balance: | $ 4,006.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,006.45 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,391.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6S | State of Minnesota Department | 8,391.25 | 0.00 | 4,006.45 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 4,006.45 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 311,281.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Avis Rent A Car | 4,530.59 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 462.41 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 1,243.36 | 0.00 | 0.00 |
| 4 | LeClairRyan a Professional Corporation | 10,312.00 | 0.00 | 0.00 |
| 5 | LVNV Funding, LLC its successors and assigns as | 26,933.80 | 0.00 | 0.00 |
| 6U | State of Minnesota Department | 3,060.53 | 0.00 | 0.00 |
| 7 | Netley Enterprises LLC | 132,067.45 | 0.00 | 0.00 |
| 8 | Nikolas Netley | 132,671.45 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 29,469.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Meagher & Geer PLLP | 29,469.17 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By:  /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Thomas R Creal  
      Debtor

Case No. 14-30006-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 2     Date Rcvd: Jan 12, 2016  
                       Form ID: pdf006    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2016.

```
db             +Thomas R Creal,    2928 Birch Road,    Homewood, IL 60430-2811
aty            +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
22285992       +Arnold Harris,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
22335722       +Augustine Capital,    141 West Jackson,    Suite 2182,    Chicago, IL 60604-3348
22285993       +Avis Rent A Car,    300 Centre Point Drive,    Virginia Beach, VA 23462-4415
23175548       +Avis Rent A Car,    7876 Collections Center Dr,    Chicago, IL 60693-0078
22285994        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
22335719       +Barry Segal,    c/o Benjamin Singfer Segal Foundation,    1415 Queen Anne Road Suite 200,
                 Teaneck, NJ 07666-3521
22335720       +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
23208834        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
22285995      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263)
22335698       +Internal Revenue Service,    1550 American Blvd East,    Suite 500,    Minneapolis, MN 55425-1104
22285996       +Internet Exposure,    1101 Washington Avenue S,    Minneapolis, MN 55415-2300
23311299       +LeClairRyan a Professional Corporation,    Christian K Vogel,    Riverfront Plaza East Tower,
                 951 East Byrd Street,    Richmond, VA 23219-4040
22285997       +Leclair Ryan,    PO Box 2499,    Richmond, VA 23218-2499
22335717       +Meagher & Geer,    33 South Sixth Street,    Suite 400,    Minneapolis, MN 55402-3720
23469338       +Meagher & Geer PLLP,    Attn: Joseph Bottrell,    33 South Sixth Street Suite 4400,
                 Minneapolis, MN 55402-3720
22335699       +Minneasota Dept of Revenue,    Mail Station 6501,    St Paul, MN 55146-0001
22335712       +Netley Enterprises LLC,    d/b/a Camp Bow Wow,    c/o James L Forman, Oberman Thompson LLC,
                 120 South Sixth Street,    Minneapolis, MN 55402-1803
22285999       +Nikolas Netley,    c/o James L Forman Oberman Thompson, LLC,    120 South Sixth Street,
                 Minneapolis, MN 55402-1803
22286000       +Ocwen Loan Servicing,    PO Box 24738,    West Palm Beach, FL 33416-4738
22286001       +Piliero Mazo,    888 17th Street NW,    11th Floor,    Washington, DC 20006-3939
22335718       +State of California,    Department of Corporations,    320 West 4th Street,    Suite 750,
                 Los Angeles, CA 90013-2349
23380951        State of Minnesota Department,    of Revenue Collection Division,    Bankruptcy Section,
                 PO Box 64447 BKY,    St Paul, MN 55164-0447
22286002       +Winthrop & Weinstine, P.A.,    225 South 6th Street,    Suite 3500,    Minneapolis, MN 55402-4629
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23355188        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2016 01:39:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22285998       +E-mail/Text: egssupportservices@egscorp.com Jan 13 2016 01:46:17      NCO Financial,
                 600 Holiday Plaza,    Suite 300,    Matteson, IL 60443-2238
                                                                                               TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Jan 12, 2016
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2016 at the address(es) listed below:

```
              Anthony  Gabor    on behalf of Attorney Anthony  Gabor agabor@obermanthompson.com
              Arthur G Simon    on behalf of Trustee Eugene  Crane asimon@craneheyman.com,
               gbalderas@craneheyman.com;sclar@craneheyman.com
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene  Crane     ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              James  Forman    on behalf of Creditor    Netley Enterprises jforman@obermanthompson.com
              James  Forman    on behalf of Creditor    Netley Enterprises d/b/a Camp Bow Wow
               jforman@obermanthompson.com
              Kimberly  Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Richard A Bixter    on behalf of Debtor 1 Thomas R Creal richard.bixter@hklaw.com
              Robert J. Labate    on behalf of Debtor 1 Thomas R Creal robert.labate@hklaw.com
                                                                                             TOTAL: 10
```