# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CREAL, THOMAS R § Case No. 14-30006-PH
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $187,180.00       Assets Exempt: $12,776.35
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,006.45      Claims Discharged
    Without Payment: $1,452,136.62

Total Expenses of Administration: $15,993.55

---

    3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,993.55 | 15,993.55 | 15,993.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 48,079.31 | 8,391.25 | 8,391.25 | 4,006.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,231,273.03 | 340,750.76 | 340,750.76 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,279,352.34 | $365,135.56 | $365,135.56 | $20,000.00 |

4) This case was originally filed under Chapter 7 on August 15, 2014. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2016          By:  /s/EUGENE CRANE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 569 East Shore Drive, Whitmore Lake, Michigan | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 11,285.00 | 11,285.00 | 11,285.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 118.66 | 118.66 | 118.66 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 900.00 | 900.00 | 900.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 11.00 | 11.00 | 11.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 29.69 | 29.69 | 29.69 |
| Rabobank, N.A. | 2600-000 | N/A | 27.73 | 27.73 | 27.73 |
| Rabobank, N.A. | 2600-000 | N/A | 30.56 | 30.56 | 30.56 |
| Rabobank, N.A. | 2600-000 | N/A | 28.60 | 28.60 | 28.60 |
| Illinois Department of Revenue | 2820-000 | N/A | 775.00 | 775.00 | 775.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.31 | 27.31 | 27.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,993.55 | $15,993.55 | $15,993.55 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | State of Minnesota Department | 5800-000 | 21,069.27 | 8,391.25 | 8,391.25 | 4,006.45 |
| NOTFILED | Internal Revenue Service | 5200-000 | 27,010.04 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $48,079.31 | $8,391.25 | $8,391.25 | $4,006.45 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Avis Rent A Car | 7100-000 | 4,483.99 | 4,530.59 | 4,530.59 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 462.41 | 462.41 | 462.41 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 1,243.36 | 1,243.36 | 1,243.36 | 0.00 |
| 4 | LeClairRyan a Professional Corporation | 7100-000 | 8,036.00 | 10,312.00 | 10,312.00 | 0.00 |
| 5 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 26,933.80 | 26,933.80 | 0.00 |
| 6U | State of Minnesota Department | 7100-000 | N/A | 3,060.53 | 3,060.53 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Netley Enterprises LLC | 7100-000 | 132,671.45 | 132,067.45 | 132,067.45 | 0.00 |
| 8 | Nikolas Netley | 7100-000 | N/A | 132,671.45 | 132,671.45 | 0.00 |
| 9 | Meagher & Geer PLLP | 7200-000 | N/A | 29,469.17 | 29,469.17 | 0.00 |
| NOTFILED | Piliero Mazo | 7100-000 | 7,936.18 | N/A | N/A | 0.00 |
| NOTFILED | Internet Exposure | 7100-000 | 110,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial | 7100-000 | 495.80 | N/A | N/A | 0.00 |
| NOTFILED | Winthrop & Weinstine, P.A. | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | State of California Department of Corporations | 7100-000 | 410,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Augustine Capital | 7100-000 | 180,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 48,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Barry Segal do Benjamin Singfer | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Meagher & Geer | 7100-000 | 60,443.84 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Harris | 7100-000 | 10,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,231,273.03** | **$340,750.76** | **$340,750.76** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-30006-PH  **Trustee:** (330350) EUGENE CRANE
**Case Name:** CREAL, THOMAS R  **Filed (f) or Converted (c):** 08/15/14 (f)
  **§341(a) Meeting Date:** 09/29/14
**Period Ending:** 05/11/16  **Claims Bar Date:** 07/02/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence 2928 Birch Rd Homewood, IL | 174,080.00 | 0.00 | | 0.00 | FA |
| 2 | 569 East Shore Drive, Whitmore Lake, Michigan    Trustee objected to exemptions | 140,000.00 | 35,000.00 | | 20,000.00 | FA |
| 3 | 2007 Ford Explorer automobile | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods and Furnishings    Co-owned with wife | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7 | Ownership interests in Hunter Group, Black Money | Unknown | 1.00 | | 0.00 | FA |
| 8 | Possible claim for breach of contract | Unknown | Unknown | | 0.00 | FA |
| 9 | Book entitled Money Magicians | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Three dogs | 0.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets  Totals** (Excluding unknown values) | **$327,180.00** | **$45,101.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  03/10/16: Disbursements made to creditors; once cleared will file TDR (dk)
  01/12/16: TFR filed with Court; hearing on 03/10; 10:30am J-Hollis (dk)
  06/18 - MT to Settle Trustee's RTI on MI property approved; Trustee to receive $20,000 (dk)
  03/31: Claim Bar Date req'td (dk)
  03/20: Debtor  made an offer for Trustee's RTI for assets of about $13,000; Ttee asked for more (dk)
  03/17: Debtor has agreed to offer a settlement for Michigan real estate (dk)
  01/22: Order entered re: 2004 Exam of Debtor and wife (dk)
  01/09/2015: Creditor atty filed MT for 2004 Exam of Debtor and his wife; Hearing on 01/22 at 10am, J-Hollis
  10/02: Filed Motion for Debtor to Appear at 341 meeting and extend time to object to discharge; hearing on 10/21 (dk)
  09/30: Order entered denying exemptions (dk)
  09/30: Order entered employing CHSW&C as attorneys to the Trustee (dk)
  09/17/2014: Sent letters to Debtor requesting documents and to USTO possible fraudulent activity (dk)

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-30006-PH  
**Case Name:** CREAL, THOMAS R  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 08/15/14 (f)  
**§341(a) Meeting Date:** 09/29/14  

**Period Ending:** 05/11/16  
**Claims Bar Date:** 07/02/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** January 12, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-30006-PH  
**Case Name:** CREAL, THOMAS R  

**Taxpayer ID #:** **-***7321  
**Period Ending:** 05/11/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/15 | {2} | Thomas and Diane Creal | Settlement for Trustee's RTI Michigan property | 1110-000 | 20,000.00 | | 20,000.00 |
| 06/30/15 | 101 | Clerk of U.S. Bankruptcy Court | Certification Fee | 2700-000 | | 11.00 | 19,989.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,979.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.69 | 19,949.31 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.73 | 19,921.58 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.56 | 19,891.02 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.60 | 19,862.42 |
| 11/16/15 | 102 | Illinois Department of Revenue | 2015 IL 1041-V taxes;  FEIN #30-6487321 | 2820-000 | | 775.00 | 19,087.42 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.31 | 19,060.11 |
| 02/09/16 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-30006, Bond Number 10BSBGR6291 Voided on 02/09/16 | 2300-003 | | 13.11 | 19,047.00 |
| 02/09/16 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-30006, Bond Number 10BSBGR6291 Voided: check issued on 02/09/16 | 2300-003 | | -13.11 | 19,060.11 |
| 03/10/16 | 104 | EUGENE CRANE | Dividend paid 100.00% on $2,750.00, Trustee Compensation;  Reference: | 2100-000 | | 2,750.00 | 16,310.11 |
| 03/10/16 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $11,285.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,285.00 | 5,025.11 |
| 03/10/16 | 106 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $900.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 900.00 | 4,125.11 |
| 03/10/16 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $118.66, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 118.66 | 4,006.45 |
| 03/10/16 | 108 | State of Minnesota Dept of Revenue | Dividend paid  47.74% on $8,391.25; Claim# 6S; Filed: $8,391.25; Reference: xxx-xx-3599 | 5800-000 | | 4,006.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,000.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$20,000.00** | |

{} Asset reference(s)

Printed: 05/11/2016 03:12 PM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 14-30006-PH | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** CREAL, THOMAS R | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9166 - Checking Account |
| **Taxpayer ID #:** **-***7321 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/11/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 20,000.00 | | | | | |
| | | Net Estate : $20,000.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******9166** | | 20,000.00 | 20,000.00 | 0.00 |
| | | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)                                    Printed: 05/11/2016 03:12 PM    V.13.25